FILED
April 24, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARY SUE WEAVER,<br><br>    Defendant. | CASE NUMBER: 2:15-cr-00087-KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Mary Sue Weaver</u>; Case <u>2:15-cr-00087-KJM</u> from custody and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    __    Unsecured Appearance Bond in the amount of $

    __    Appearance Bond with 10% Deposit

    <u>X</u>    Appearance Bond in the amount of $2,000,000.00 partially ($1,500,000.00) secured by the real properties owned by Norman Creighton, with the remaining balance to be unsecured and co-signed by defendant and Mr. Creighton within 21 days.

    __    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>4/24/2015</u> at <u>2:46pm</u>

By _____
Allison Claire
United States Magistrate Judge