**FILED**
April 24, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:15-cr-00087-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| MARY SUE WEAVER, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Mary Sue Weaver</u>; Case <u>2:15-cr-00087-KJM</u> from custody and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of _____

__   Unsecured Appearance Bond in the amount of $

__   Appearance Bond with 10% Deposit

_X_  Appearance Bond in the amount of $2,000,000.00 partially ($1,500,000.00) secured by the real properties owned by Norman Creighton, with the remaining balance to be unsecured and co-signed by defendant and Mr. Creighton within 21 days.

__   Corporate Surety Bail Bond

_X_  (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>4/24/2015</u> at 2:46 pm

By _____
Allison Claire
United States Magistrate Judge