WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Mary Sue Weaver

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00087-GEB |
|---|---|---|
| Plaintiff, | ) ) ) | **REQUEST AND [~~PROPOSED~~] ORDER RE: MODIFICATION OF PRETRIAL RELEASE** |
| v. | ) ) | |
| MARY SUE WEAVER, | ) ) | |
| Defendant. | ) ) | |

With the Court's permission, the defendant Mary Sue Weaver requests, and the government does not oppose, the following modification to the defendant's terms of supervised release:

That the terms and conditions of defendant's pre-trial release be modified to remove Ms. Weaver from pretrial services supervision by the Eastern District Pretrial Services office. All other terms and conditions of Ms. Weaver's pre-trial release shall remain in effect.

///

///

///

///

1

---

**REQUEST AND [PROPOSED] ORDER RE: MODIFICATION OF PRETRIAL RELEASE**

The parties have conferred with pretrial services officer Steven Sheehan who agrees with this proposed modification.

**IT IS SO STIPULATED.**

DATED:  April 12, 2016                                          /s/ William J. Portanova
                                                                                 _____
                                                                                 WILLIAM J. PORTANOVA
                                                                                 Attorney for Mary Sue Weaver

DATED:  April 12, 2016                                          /s/ Heiko P. Coppola
                                                                                 _____
                                                                                 HEIKO P. COPPOLA
                                                                                 Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  April 12, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**REQUEST AND [PROPOSED] ORDER RE: MODIFICATION OF PRETRIAL RELEASE**