# MEMORANDUM

| | |
|---|---|
| **From:** | William J. Portanova |
| **To:** | Shani Furstenau, Courtroom Deputy to the Honorable Garland E. Burrell, Jr. |
| **Subject:** | U.S.A. v. Mary Sue Weaver (2:15-cr-00087-GEB) |
| **Date:** | December 6, 2017 |

The Court is advised that counsel for Mary Sue Weaver and the government have conferred regarding this request and that they have agreed to set the case on calendar for Friday, December 15, 2017 at 9:00 am for Plea.

Please contact me at (916) 444-7900 if you have any questions.  Thank you.