1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
3  Sacramento, CA 95814
   Telephone: (916) 444-7900
4  Fax: (916) 444-7998
   Portanova@TheLawOffices.com
5

6  Attorney for Defendant
   MARY SUE WEAVER
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 2:15-CR-00087-GEB
                                    )
12         Plaintiff,                )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER CONTINUING JUDGMENT**
13    v.                             )   **AND SENTENCING**
                                    )
14 ABOLGHASSENI ALIZADEH, AND       )
15 MARY SUE WEAVER,                 )   Date:  March 23, 2018
                                    )   Time:  9:00 a.m.
16         Defendants.               )   Judge: Hon. Garland E. Burrell, Jr
17 _____)

18
       With the Court's permission, plaintiff United States of America, by and through its
19
   counsel, Assistant United States Attorney Michael Anderson, and defendant Mary Sue Weaver,
20
   by and through his attorney, William J. Portanova, hereby stipulate that the date for Judgment
21
   and Sentencing, now set for March 23, 2018, at 9:00 a.m. be continued to May 18, 2018 at 9:00
22
   a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of
23
   objections be adopted:
24

25     Judgment and Sentencing Date:                          May 18, 2018

26     Reply or Statement of Non-Opposition:                  May 11, 2018

27     Motion for Correction of the Pre-Sentence Report
       shall be filed with the court and served on the
28     Probation Officer and Opposing Counsel:                May 4, 2018

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING

| | |
|---|---|
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | April 27, 2018 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel: | April 20 2018 |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | April 6, 2018 |

**IT IS SO STIPULATED.**

Dated: January 25, 2018         /s/ William J. Portanova

                                            WILLIAM J. PORTANOVA
                                            Attorney for Mary Sue Weaver

Dated: January 25, 2018         /s/ Michael Anderson

                                            MICHAEL ANDERSON
                                            Assistant United States Attorney

**IT IS SO FOUND AND ORDERED**.

Dated: January 26, 2018

                                            GARLAND E. BURRELL, JR.
                                            Senior United States District Judge