WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
MARY SUE WEAVER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARY SUE WEAVER,<br><br>    Defendant. | Case No. 2:15-CR-00087-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING**<br><br>Date: May 18, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Michael Anderson, and defendant Mary Sue Weaver, by and through attorney William J. Portanova, hereby stipulate that the date for Judgment and Sentencing, now set for June 1, 2018, at 9:00 a.m. be continued to June 22, 2018 at 9:00 a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

    Judgment and Sentencing Date:                              June 22, 2018

    Reply or Statement of Non-Opposition:                    June 15, 2018

//

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING

Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and Opposing Counsel: June 8, 2018

**IT IS SO STIPULATED.**

Dated: May 18, 2018  /s/ William J. Portanova

———————————————————
WILLIAM J. PORTANOVA
Attorney for Mary Sue Weaver

Dated: May 18, 2018  /s/ Heiko Coppola

———————————————————
HEIKO COPPOLA
Assistant United States Attorney

**IT IS SO FOUND AND ORDERED**.

Dated: May 23, 2018

———————————————————
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING