Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
ABOLGHASSENI "ABE" ALIZADEH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABOLGHASSENI "ABE" ALIZADEH, and MARY SUE WEAVER,<br><br>Defendants. | Case No:  2:15-CR-00087 GEB<br><br>**DEFENDANT ABE ALIZADEH'S SENTENCING MEMORANDUM**<br><br>Date:     June 1, 2018<br>Time:    9:00 a.m.<br>Judge:   Hon. Garland E. Burrell, Jr.<br>Courtroom: 10 |

**I.     Introduction**

Abe Alizadeh, a longtime and highly successful real estate and property developer and the owner and operator of numerous area restaurants, and Sue Weaver, a well-known and highly respected senior officer of a title company with which Mr. Alizadeh had closed hundreds of real estate transactions, were charged in an Indictment filed on April 23, 2015.  Dkt. #1.  The charges arose from a discreet series of real estate purchase and development loan transactions

that Mr. Alizadeh entered into on behalf of his commercial real estate company, Kobra Properties. In her capacity as an escrow officer of Placer Title Company, Sue Weaver handled many hundreds of transactions over many years, all involving Mr. Alizadeh and Kobra Properties; among those were the particular transactions charged in the Indictment.

Abe Alizadeh has fully accepted responsibility for his conduct with respect to the loan transactions described in the plea agreement and Presentence Investigation Report and, notwithstanding the business reasons for those actions, has completely acknowledged the illegality of his acts. Tragically, although these loans were actually based on his desire to expand his already incredibly successful family company, they played a significant role in the complete destruction of the real estate and development business and the reputation he had built over a period of 25 years. As the losses were realized in bankruptcy proceedings and litigation, and as the present charges were filed against him, his personal health and family life were also compromised.

Given Abe Alizadeh's personal history as an extraordinarily hard working person, who is and has always been dedicated to his family, his employees, and the entire community, the Sentencing Guideline determination should serve as the beginning of the sentencing process. However, a reasonable sentence should take into account both the applicable sentencing factors and his efforts to assist the government, as agreed to between the parties, and should result in a variance downward from the applicable Guideline range.

**II.     Factual Background**

Abe Alizadeh was among the Sacramento area's most successful and well-respected business owners and real estate developers. He built his business from a humble beginning, gaining an education while working in a fast food franchise, learning the real estate trade as he patiently worked in the restaurant business, and by diligence as he devoted himself seven days a week to being

-2-
Defendant Abe Alizadeh's Sentencing Memorandum

creative in commercial real estate and restaurant transactions. His widely known business acumen caused banks to seek him out for the making of new loans. His reputation caused property and business owners to pursue his participation in large, complex real estate transactions.

Arriving in the United States still a teenager, Abe Alizadeh struggled to learn the language and to find work. He found employment and an education in Chico and, while working throughout to support himself, obtained a college education and a degree, and progressed from an employee, to restaurant franchisee operator and then into the owner and developer of hundreds of restaurant and other commercial real estate properties. He did all this while also supporting the education of his siblings, due to their close, supportive upbringing in a family where education and hard work were highly valued.

Through Kobra Properties, a family-owned real estate investment and development company, Mr. Alizadeh created a large restaurant business and a construction company. He then began to purchase and develop commercial land and to construct additional restaurants, office complexes and other spaces suitable for retail business. In the process, he employed thousands of people in the Sacramento region, made a significant contribution to the local economy, particularly in Roseville, cultivated longstanding, trusted business relationships, and developed a reputation as a source of reliable support and philanthropy within the community.

Throughout his many successful years in business, Mr. Alizadeh entered into many hundreds of purchase and development contracts and related commercial bank loan transactions for his company's properties. In the course of closing over 800 real estate escrows, he developed a trusted professional relationship with Placer Title Company in Roseville, California, where Sue Weaver was the senior commercial officer and escrow agent. The relationship was mutually beneficial, as Mr. Alizadeh was a significant presence in the business

and real estate communities and as such, a valuable repeat client of the title company in numerous large real estate transactions. Sue Weaver personally handled all of Mr. Alizadeh's business on behalf of Placer Title Company, which meant that he enjoyed a consistent working relationship with someone already familiar with his business holdings, planned projects and banking partners. To better facilitate that relationship with Mr. Alizadeh's real estate transactions, Sue Weaver directed that all of Placer Title Company's activities related to his company's escrow accounts required her personal participation, during which she made efforts to facilitate and expedite the transactions.

Bank officers acted similarly, as commercial lenders solicited Kobra Properties and Mr. Alizadeh's loan business, often making exceptions when it came to the terms regarding loan to value relationships and other internal loan provisions over which they could make discretionary business judgments. Mr. Alizadeh and Kobra Properties were seen as solid business partners by their lending institutions.

To better ensure the future of his family's financial success, in the early 2000's, while the national and local real estate economies were thriving, Abe Alizadeh refused to sit on his accumulated wealth. He instead sought to increase the size of his building projects. Although leveraged, as are virtually all commercial real estate companies, his businesses remained successful and Mr. Alizadeh was able to meet his financial obligations. As the economy eventually slowed, he attempted to continue growing the real estate business, now in a more challenging financial environment. In a half dozen out of hundreds of transactions, he altered purchase contracts to lenders to include an inflated purchase price in order to obtain a larger loan. The discrepancy between the actual purchase price and the price stated to the lenders was sometimes accounted for in the escrow documents by attributing the difference to development, improvement and entitlement costs common to large commercial

real estate transactions.  His purpose was to use the funds in the projects to cover the cash outlay for entitlements, but also to cover the initial transactional payments on some loans.

To facilitate that conduct, he wrote checks from Kobra Properties bank accounts in the amount of the down payment due under the terms of the purchase and loan contracts to be placed in escrow with Placer Title Company, but requested that Sue Weaver hold the checks until the close of escrow when the loan funds could be used to cover the amount.  In this manner, in the few instances described in the Indictment, as the loan funds were used to cover the down payments, the result was that Placer Title provided inconsistent escrow settlement statements to the buyer and seller, due to the timing of the loan closings, and the banks were unaware of the conduct.

### III.     Plea Agreement and Guideline Application

Mr. Alizadeh plead guilty pursuant to a written plea agreement filed on January 16, 2018.  Dkt. #59.  The agreement contemplates his plea to Counts 1, 17, and 20, charging violations of 18 U.S.C. §§1343, 1344 and 1014, respectively. The agreement includes a stipulated guideline calculation under USSG §2B1.1 calling for: a base offense level 7 under §2B1.1(a)(1); +20 for loss under §2B1.1(b)(1)(K); and +2 for gross receipts exceeding $1 million under §2B1.1(b)(16).  The resulting offense level is 29; the agreement also calls for -3 for acceptance of responsibility under §3E1.1, for a total contemplated offense level of 26, which represents a low-end Guideline sentence of 63 months. Pursuant to the agreement, Mr. Alizadeh agrees to make all ordered restitution and to cooperate, with a concomitant sentence reduction, and the Government may also move for a future reduction of the sentence if appropriate.

The prosecution, with ample time to review the facts of the case and transactions, stipulated to the applicable Guideline calculation and expressly agreed not to pursue an enhancement for sophisticated means or a

leader/organizer role adjustment. While the Presentence Report recommends a role adjustment under §3B1.1(c) for an organizer/leader role in the offense, for the reasons set forth in Defendant's Motion to Correct Presentence Investigation Report the adjustment is inappropriate in this instance. The parties' stipulated Guideline calculation is correct, and the role adjustment is inapplicable to the facts of the instant case.

### IV. The Plea Agreement Represents a Reasonable Starting Point for a Just Sentence That, in Light of Relevant Sentencing Factors, Should Include a Downward Variance.

The Guideline determination mutually arrived at by the parties in this matter represents an appropriate beginning from which to further consider the statutory sentencing factors. 18 U.S.C. §3553(a); *Gall v. United States*, 552 U.S. 38 (2007). In particular, Mr. Alizadeh's history and characteristics, the nature and circumstances of the offense, the need for restitution and the need for a just sentence that is sufficient but not greater than necessary all support a sentence below the Guideline sentencing range.

In addition, it is clear that the defendant has, because of the anxiety brought on by the failure of his businesses, this case and the fear that his family will suffer even more greatly than he will by reason of his conduct, suffered physically and mentally. He has tried to ameliorate those pressures by prescribed medication but, as his physician has noted, he has begun to supplement his medication with regular use of alcohol which has created a dependency. Those circumstances warrant his participation in the RDAP program for alcohol dependency and the PSR so recommends.

### A. Abe Alizadeh's History and Characteristics

Abe Alizadeh comes before the Court for sentencing as a result of his unquestionably poor judgment and illegal conduct. The underlying conduct was serious and caused actual harm for which he was and remains responsible.

However, his remarkable background and consistently admirable personal conduct outside of the charged offenses are certainly worthy of thoughtful consideration. He came to the United States as a very young man in search of an education and an opportunity to better his life and that of his family. He did not achieve instant success. He built a life here for himself and his family with a persistent work ethic, a community oriented outlook and an infectious positive mentoring attitude. He obtained a college education and began working for himself as a small franchise restaurant owner. Always setting new goals and seeking to learn new skills, he grew his modest restaurant business into a large commercial real estate development company. He eventually employed thousands and was a major economic contributor to the region.

In the process, he helped his brothers and sisters to achieve the same goals. He assisted several of his younger siblings who came to the United States, helping them to achieve tremendous academic success. Even as he enjoyed his own great personal achievements, Mr. Alizadeh always acknowledged that he could not reach those accomplishments without help from other people, and he always sought to give back personally to his community. One of his proudest achievements was being in a position to provide employment to so many people in the region, and he always gave credit to his employees as central to the success of his businesses. He has proved himself to be a thoughtful and supportive employer, a dear friend to many and a valued member of his community known for his generosity and a friendly, collaborative spirit.

The sheer number of heartfelt letters written by community members on his behalf attests to how well-regarded Mr. Alizadeh is by those who know him. He is someone who has truly touched the lives of others in a positive, lasting manner. Those who are familiar with his business activities recognize him as a supportive colleague and a leader interested in elevating those around him. Sashi Sharma came to know Mr. Alizadeh after taking a position as manager of one of Mr.

Alizadeh's restaurant businesses: "Attending employee meetings, Abe would make time to talk to me and he always made me feel appreciated. He always encouraged me to grow in the company and gave information about good opportunities within the company. Abe is a very kind and polite and giving and caring kind of person. Abe goes out of his way to provide resources that would be beneficial to excel in the company." John M. Hamburger, publisher of the industry journal, Franchise Times, saw how much Mr. Alizadeh advocated for those around him: "Abe would often come to a conference that our magazine produced… we became friends...I witnessed firsthand the high regard fellow franchisees felt about him. I saw how he cared for his fellow franchisees and even risked his own business to take on the entrenched interest of the corporate franchisor…At these conventions, when Abe talked, people listened. You just knew Abe cared for them, many of them immigrants like himself."

On a day-to-day level, Mr. Alizadeh was a caring boss who sought to bring out the best in his employees. His sister, Azita Alizadeh, has seen these qualities first hand: "Abe employed so many people throughout 30 years as a business owner and many of his employees would stay with him for many years and even their children would work for Abe. His employees were placed at a very high regard and he had high respect and appreciation for them. Abe's attitude toward his team was that we are all equal and without you I can't be successful and he would always talk about his humble beginnings in the business world, as a Jack-In-the-Box employee. I believe that is the reason he did not close his businesses when he started having financial problems."

Former employee, Leila Recorder, agrees: "I always found Abe to be honest in dealing with his employees…He understood that working people needed their paychecks and that it was his responsibility to help them as much as he could even in difficult times. Abe really cares about people…He is an excellent mentor to all those around him. During my time employed by Abe he

kept employee moral up at all times." Another former employee, Nancy Pirani, shared similar sentiments about her former boss: "Even after an employee was paid, he still felt responsible for them if they ever had a need and was always taking care of them. He was the most caring boss. He was always concerned about a person's well-being. He wanted people to be happy…He motivates and inspires. He is a positive man. He gets people to believe in themselves. He got me to believe in me."

Mr. Alizadeh's concern for his employees was remarkable. His insurance broker, Robert Ford, recalls that: "His biggest concern was his employees…He knew how important the health insurance was to the employees and wanted to make sure that the coverage was comprehensive, so his employees would not have large out of pocket costs. It was never about him and his finances." Beyond the workplace environment and the benefits he sought for his employees, Mr. Alizadeh went to great personal lengths to assist workers going through difficult times. Many people attest to these qualities. As Sanaz Shahbazi observed: "It's amazing how much respect he showed every staff member or anyone he meets."

Former employee David Vitton explained: "Nearly a year after my employment with Abe I had to undergo an emergency back surgery. It was Abe who financially supported me and my family during the nearly six-month at home recovery. Abe provided my full salary during these six months with nothing expected in return." Darrel Madeira shared a similar experience: "Nearly 5 years ago while I was employed with Abe I had to undergo an emergency brain surgery. It was Abe who financially supported me and my family during the nearly over one year of post-surgery and recovery. Abe provided my full salary during my recovery…He even went as far as finding me a neurosurgeon to do the surgery on me."

Many local business people who have worked with Mr. Alizadeh on a professional level have then gone on to develop genuine friendships with him.

They all appreciate the fact that he has the capacity to be a tenacious worker and also a kindhearted human being. William Wilson, who came to know Mr. Alizadeh in his work as a national franchise lender, says this: "During our relationship, I have assisted Abe and his family in a number of franchise related loan assignments. In each case, I have found Abe to be honest with me, working hard to grow the family business while supporting countless families who were employed by him over the years." Local real estate broker Scott Cash has a similar view: "It always impressed me that he was so intelligent when it came to commercial real estate…but what really impresses me about Mr. Alizadeh is how he treats other people to include family, friends and business associates."

Apart from being a professional mentor and supportive employer, Mr. Alizadeh has been a source of support and comfort within the community at large. Always willing to offer personal as well as financial assistance, he has truly given back to those around him. He has cooperated with countless local organizations, always believing he owes much to this country, and in particular showing an unwavering support for law enforcement. Robert Erikson met Mr. Alizadeh in connection with the Sacramento Area League of Associated Muslims, and recalls: "As time went on, I witnessed Abe donating and/or supporting many other charities including the Sacramento Sheriff's Department, the Drowning Accident Rescue Team, local animal shelters and many others." Hung Hoang, MD, operates an organization that assists new immigrants and refugees, and has received assistance from Mr. Alizadeh in helping those groups find jobs: "We are indebted to Abe that through his active referral to known businesses a large number of workers had been placed of whom many are still employed at this time." Patrick Koga, MD, noted Mr. Alizadeh's efforts in helping Afghan refugees: "Mr. Alizadeh has donated over 300 hours of compassionate labor and thousands of dollars to help traumatized Afghan refugee families newly resettled in Sacramento."

-10-
Defendant Abe Alizadeh's Sentencing Memorandum

Mr. Alizadeh's charitable nature is a recurring theme among those who know him. Bill Johnson notes: "Simply put, Abe is a fine example of a humanitarian and helps people in any way he can. I personally have witnessed him give whatever he has, be it food, money, or time to help others in need all when he was most certainly suffering himself." As fellow business owner Mahmud Sharif explains: "Abe is also very admirable for his work ethic and his constant participation within the community. He loves Sacramento and never passed up opportunities to give back to our community…He is a good man and one who deserves your consideration."

In particular, Mr. Alizadeh has made great efforts to help the local homeless population. Another local developer, Moe Mohanna, notes: "Every year in April with the assistance of Mr. Alizadeh we feed over 800 homeless people that Mr. Alizadeh personally takes a hands-on approach [with] and delivers food to the homeless sleeping under the bridge and in various camps in Sacramento…He has provided his assistance to the most marginalized, as an up-and-coming businessman, a successful businessman and a man who now longs for an outcome that will allow him to continue his work as a humanitarian." As Nasser Abouie succinctly states: "I became involved with [Mr. Alizadeh] at Loaves & Fishes and helped him with delivering over 200 meals to the homeless. It was rare to see someone of his stature actually give of his time with his own hands." Mr. Alizadeh's concern for others made an impression on Dr. Md Abu Naser, who describes a time when he pulled the car they were driving in aside in order to give his coat to a homeless veteran: "I asked him, 'Why did you give your jacket to that gentleman?' He replied, 'Because I have two more jackets at home. This homeless man doesn't have a single winter cloth to protect himself from this bitter cold. Moreover, he is a veteran. For his sacrifices, you and I are driving in a car in America.' Abe was very appreciative of the services of our veterans and told

me repeatedly how grateful he is to the United States for giving him the opportunity to live in a free society."

Abe has long had an unusually deep friendship with Lou Conter, a former neighbor and a 96-year old World War II veteran, who is one of the few remaining survivors of the attack on the USS Arizona at the beginning of the war in the Pacific. Mr. Conter, widely written about, recognized and honored as a hero after the Arizona was attacked, saved his fellow sailors on board and in the water. He thereafter joined the Navy Air Corps and fought the rest of the war. Knowing the circumstances of this case, and having testified at a deposition to preserve his testimony regarding one property, Mr. Conter has the utmost respect for his friend, Abe Alizadeh; "I am glad…Abe has accepted responsibility for his mistakes. He is a good American."

Beyond his customary charitable efforts in which he has helped organizations and groups, Mr. Alizadeh has, on multiple occasions, personally gone out of his way to help strangers who he learned were in deep need. For example, Ahmad Fahim Pirzada, MD, recalls an Afghan immigrant family who lost a father and saw a young son seriously injured in an accident: "The family needed huge social and community support from everyone. It was Mr. Alizadeh who was one of the dedicated people that reached out to the family and provided his financial and social help…Mr. Alizadeh also encouraged his friends, and other community members to reach out to the family for help." Manouchehr Mahmoudzadeh, a retired Caltrans engineer, remembers Mr. Alizadeh helping another family in crisis after the mother died and the father was incarcerated, leaving a 9 year old child without either of his parents: "Abe utilized his resources providing necessary legal and financial support to this family continuously until they were able to support themselves and be a productive member of our community." The two men also worked together to aid a young mother with an abusive husband who had falsely accused her: "Abe and I worked closely with her

-12-
Defendant Abe Alizadeh's Sentencing Memorandum

attorney to provide necessary language services, jail visits communicating with jail staff, court and CPS…facilitating CPS to return her children…[Abe's] generous and heartfelt contribution to get immigrants off public support has improved health and welfare and economic prosperity of immigrants."

Mohammad Hassanpour met Mr. Alizadeh when his family experienced a bedbug infestation: "After speaking to Mr. Abe, he came at 8 p.m. to take myself and my son out of our house and put us up in a hotel room. He immediately got on the phone to people in our community to organize people to come clean and fumigate our apartment. He then met with the apartment manager on our behalf to address our grievances." Bernard Bunning received Mr. Alizadeh's assistance when his wife was gravely ill and hospitalized: "Abe took it upon himself and made sure that we were eating. He brought meals in for myself, my family and for the ICU staff that strived to save my wife…Not only did Abe deliver amazing food, he bought with him compassion, a genuine smile and hope." As a child, Milad Alizadeh received love and support from Mr. Alizadeh at a very difficult time: "When I was living in a foster home for about a year and a half, he gave me a lot of love and support while I was in the lowest point in my life. He is an extremely kind, thoughtful, and loyal person…Please find it in your heart to take my letter into consideration because I will be losing a great uncle and friend, and the whole Sacramento community will be losing a great person who has made a huge change in others' lives."

Apart from the difficulties Mr. Alizadeh has personally faced due to the circumstances in this case, his family has been impacted, and in particular his wife and young son, Alex. His wife, Shari Kranig explains: "Alex loves his father very much. The bond between them is like no other I have seen in this lifetime. Alex needs his father more than ever now that he is a young man of 13. I cannot imagine a life for Alex without his Dad, at this impressionable age…He needs his father. Alex's world would be thrown into chaos and his future will be changed for

the worse if Abe is absent for a long time." Alex is brave and mature in handling this difficult situation in his life.  In his letter, he described having normal hobbies and interests for a boy his age, but also expressed deep love and concern for his father: "People have told me he did some bad things and I sometimes get teased about it.  I don't care and I hope you will forgive him.  He can do better.  That's what he always tells me.  My dad is good to me and is very kind.  I want him to come to my soccer games and my school events.  My dad is the best dad and I love him.  I really need him in my life."

### B.     The Nature and Circumstances of the Offense

A below Guideline sentence is also reasonable in light of the nature and circumstances of the underlying offense.  Mr. Alizadeh clearly ran afoul of his otherwise measured and responsible nature as a business owner and community member.  He made a handful of terrible decisions that cost him in every way.  However, his lack of good judgment underlying this case should be viewed in broader context and in light of his otherwise use of sound discretion in his business activities.

He believes in the American notions of hard work, fairness, perseverance and positivity.  He is proud of his humble beginnings that took him from being a young immigrant and college student, to being a fast food restaurant employee, and then to being a restaurant franchise owner and the eventual operator of one of the region's biggest property developers.  He clearly knows how to succeed with integrity.  With a strong economy and a growing, successful business, in the early 2000's, Mr. Alizadeh sought to expand his business.  He borrowed money to obtain and develop land, and to build more restaurants, office space and other businesses.  He was successful in that endeavor.  Even as the national and local economies gradually constricted, he still tried to maintain that level of business and expansion but they proved too difficult.  Dealing with financial pressures and

the sense of responsibility he felt to his employees and his family, he engaged in conduct that represents an aberration in his lifetime of doing good, honest work.

That life of good work has included dealing with multiple personal tragedies in his family which he worked to resolve even as he worked to help others. He assumed the caretaker role for his older brother, Ahmed Alizadeh, after he was paralyzed by a hit-and-run drunk driver. His sister, Azita Alizadeh, explains: "Abe was by his bedside and supported him and brought him to live next door to him and provided everything that he needed." Mr. Alizadeh and his siblings also cared for their ailing father prior to his passing. Azita Alizadeh notes: "When my father had a stroke, Abe helped him with his surgery and everything he needed. He took care of him until he passed away several years later." After his brother's life changing accident and his father's death, a more unspeakable tragedy befell the family. Mr. Alizadeh's mother was murdered during a violent home invasion. As his sister, Azita remembers: "Our world shattered when our beautiful, kind mom was murdered in Iran. Abe helped us get through that terrible time." Bearing the burden of such deep grief and sense of responsibility for his family certainly affected Mr. Alizadeh. A longtime friend and retired local law enforcement officer, Hugh Lubkin, first met Mr. Alizadeh when his businesses were thriving. He sees the loss of Mr. Alizadeh's mother as a considerable factor: "In Abe's case, the primary mitigating factor I have seen is clearly the murder of his mother… [T]ragedy struck as Abe's mother's home was invaded by a gang of thugs…Abe was devastated, you could sense the emptiness and the pain he felt…Abe lost the focus of his business and personal life…falling into a state of depression, nothing seemed to matter…Abe lost a great deal of his personal integrity and business momentum after his mom was murdered. He became 'numb' for a few years after this occurred and as his friend, I could sense that disassociation with his business, friends and other aspects of his life."

Although he has survived these and other life difficulties, the cumulative impact, coupled with financial woes and then having to face criminal charges, has taken a personal toll on Mr. Alizadeh.  His health has been affected.  He suffers from high blood pressure, which has proven difficult to control with medication and now requires daily monitoring.  He experiences anxiety despite his medication and his health conditions have multiplied.  Recently, his physician has directed that he see a prostate specialist for a health assessment as the result of changes noted during his examination.  The Presentence Investigation Report, after reviewing the provided medical information and his interview, recognizes the aggregate effects of this stress and how it has led to his excessive use of alcohol even though he receives prescribed medication for his health issues.  Given these circumstances, and considering Abe Alizadeh's clear personal characteristics, a downward variance from the Guideline sentence is fair, and with adequate punishment and conditions, would allow him to sooner focus on the task of rebuilding his life and beginning the task of making restitution.

### C.    The Need for Restitution and a Just Sentence

The ultimate task in sentencing any defendant is finding a just sentence that is sufficient but not greater than necessary to address the harm caused by the offense.  18 U.S.C. §3553(a).  A downward variance form the applicable Guideline represents a sound resolution of this matter that will still offer significant deterrence, allow for adequate punishment, and also permit Mr. Alizadeh to rehabilitate his life and his reputation.  He faces the responsibility for making restitution, and allowing him the fair chance to redeem himself before his family, his business associates and his community will permit him to make good on that responsibility as soon as possible.

There can be no rigid mathematical approach, and there is no requirement of exceptional circumstances to justify a variance downward.  *Gall v. United States*, 552 U.S. 38, 49 (2007).  Rather, a sentencing court is to use its wide

discretion in fixing the appropriate sentence, taking into consideration the Guidelines as well as all other pertinent factors in any given case. *Id.* A below-Guideline sentence in this case will be sufficient, but no greater than necessary to achieve the important goals of sentencing, and to ensure that Mr. Alizadeh will find a place in this community and be able to work toward full restitution. In furtherance of that goal, he should be referred to the RDAP program to help with alcohol dependence and to provide additional support in coping with his challenging circumstances.

At the time of the imposition of sentence, the defendant will request voluntary self-surrender and a recommendation to the Bureau of Prisons for the Satellite Camp at Atwater. He also requests 90 days to surrender, a slightly longer period than usually directed, in order to permit him to appear and likely testify in a pending civil case where his presence is thus far required.

### V. Conclusion

Abe Alizadeh is a fundamentally good person who, with a modest start, achieved impressive success for himself and others. He has shown a laudable work ethic, coupled with a true sense of community and overcome adversity and personal and family tragedy. While he certainly acted improperly when he committed the underlying offenses, his overall background establishes that he is at his core a person of integrity who can succeed again.

A downward variance below the Guideline application called for in the plea agreement will create a result that provides sufficient punishment, but will also permit his swift rehabilitation and afford him a real opportunity to make restitution. An appropriate resolution in this case will also include referral to the RDAP

///
///
///
///

program through the BOP.  It is also requested that the defendant be permitted to voluntarily surrender 90 days from the date of his sentencing.

Dated:  May 25, 2018.                    Respectfully Submitted,

**SEGAL & ASSOCIATES, PC**

By:   /s/ Malcolm Segal
MALCOLM SEGAL
Attorneys for Defendant
ABOLGHASSENI "ABE" ALIZADEH