1 | WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
2 | 400 Capitol Mall, Suite 1100
Sacramento, CA 95814
3 | Telephone: (916) 444-7900
4 | Fax: (916) 444-7998
Portanova@TheLawOffices.com
5 |
6 | Attorney for Defendant
MARY SUE WEAVER
7 |
8 |               UNITED STATES DISTRICT COURT
9 |               EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,    )   Case No. 2:15-CR-00087-GEB
                                 )
12 |           Plaintiff,         )   **CHARACTER REFERENCE**
                                 )   **LETTERS**
13 |                              )
                                 )
14 |                              )
     MARY SUE WEAVER,            )   Date:   June 22, 2018
15 |                              )   Time:   9:00 a.m.
             Defendant.           )   Judge:  Hon. Garland E. Burrell, Jr
16 | _____)

To Whom It May Concern:

I have known Sue Weaver since 1997 when I entered the Commercial Real Estate business. My first encounter with Sue was when I sold a property and was looking for an escrow agent. My broker recommended Sue so that was who I used for the escrow. Over the years, I noticed whenever my colleagues or people in the industry were choosing an escrow agent; Sue would get a good bit of the business.

After working with Sue on several escrows, I understood why Sue was getting so much business from the commercial real estate companies. Sue was efficient, detail-oriented and extremely competent. Her calm demeanor and professionalism put people at ease when they had to sign papers to buy or sell multi-million dollar properties.

Sue made a mistake but knowing Sue all these years, I truly believe she deserves a second chance.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Caroline Lafler
916.677.8115
clafler@tricommercial.com

January 22, 2018

To whom it may concern

Re: Mary Sue Weaver

On behalf of my daughter, Mary Sue Weaver, I feel it is important for me to share my concern and address the importance of her character.

During the years she was employed with Placer Title Company, she took her responsibilities very seriously. It was common for her to attend many evening meetings. She was very successful introducing herself and attaining new clients for the company.

My daughter's honesty, loyalty and love for the company was very important to her as is her family.

Sincerely,

Carolyn J. Scheave
11765 Edgewood Rd
Auburn, Ca 95603

1/14/18

To: Whom It May Concern
Re: The Character of Mary Sue Weaver
From: Pam Burns, Sibling and former Co-Worker

This letter is to convey the character of the defendant, Mary Sue Weaver.

Mary Sue is a very honest, loving and kind hearted individual. In my personal relationship, she has always been concerned not only for my well being but for our family and is always available to offer her support through difficult times. Family is very important to her. I have turned to her for guidance on many occasions and she has always given me sound advice. She is very responsible and has a high regard for our country and community. She served on the Roseville Chamber of Commerce from 2004 - 2008 and was the Committee Tour Chair in 2007.
She was a member of the South Placer Breast Cancer Endowment Council from 2006 - 2008. She has been a supporter of other charitable organizations as well as local art groups.

Mary Sue's reputation in the real estate community was stellar. She was considered to be one the very best Commercial Escrow Officers in the region. She was dedicated and would work long hours under stressful time constraints to ensure transactions closed on schedule.
She was professional at all times and I looked up to her and considered her my mentor.

Mary Sue's husband has recently been diagnosed with degenerative eye disease. He is losing his vision and already has lost the ability to drive. She is devoted to his well being and has lovingly become his caregiver. Mary Sue's daughter suffers from depression. Our mother will be broken hearted. I believe if Mary Sue is incarcerated it will be detrimental to our family.

Unfortunately, her willingness to help others was unknowingly taken advantage of by a very bad man. Mary Sue is no criminal.

Our family's prayer is for her to be under house arrest and not be incarcerated.

Thank you for your time and consideration.

Pam Burns

(916) 784-1041 home
(916) 300-6071 cell
(916) 441-4959 work

January 16, 2018

To whom it may concern:

My name is Deron Morillas, Senior Real Estate Officer, Department of General Services, State of California.

I have known Sue Weaver for nearly thirty years. Throughout our relationship, I have had the pleasure of working closely with Sue on a personal and professional basis and I cannot emphasize how genuinely honest and trustworthy Sue is as a professional and friend.

I had known Sue and her extended family for a number of years before going to work for Sue's former husband for nearly four (4) years. I then entered the commercial real estate industry where I had the satisfaction to work closely with Sue on a number of transactions. Throughout the years, Sue has been a valuable mentor and advisor and her guidance and support are still valued to this day and will be in the years to come.

Sue continues to be the same courteous person with impeccable integrity that I came to know many years ago. She is a wonderful friend and confidant and I hope this correspondence is helpful is providing some additional insight into Sue's character.

Best regards,

Deron Morillas

Lisa E. Larcabal
5063 Midas Avenue
Rocklin, CA  95677


January 6, 2018

To Whom it May Concern:

I am writing this letter as a personal recommendation for my friend and colleague (Mary) Sue Weaver. Sue Weaver and I have known each other since approximately October of 1989. Sue and her family lived next door to my parents and that is how we met. In the years since, Sue was unfailingly kind and considerate to my aging parents and became my close friend as well.

After moving to a home in Auburn, Sue took time to check in with my parents and was always there until the end of their lives (last year). Sue took time out of her schedule to visit my parents even after they had relocated to assisted living, memory care and was there for their funerals. Her kindness and generosity to them and myself cannot be overestimated. This is indicative of Sue's compassion and sympathy towards others even though we were not her immediate family.

I have worked in commercial real estate since 1995 and have had many opportunities to work with Sue in a professional capacity as well. Her attention to detail and top skills as an escrow officer made her invaluable in many transactions which she handled during my time at CBRE and Colliers International.

Sue's charitable contributions were well known within the commercial real estate industry. Be it cancer, community programs or assistance in raising funds for a myriad of good causes, Sue could always be counted upon for not just a financial contribution, but significant fundraising efforts and events. Her ability to mobilize volunteers as well as organizational skills assisted numerous charitable causes.

Sue Weaver is a credit to our community and is invaluable to her husband. As her husband's health has declined in recent years, Sue has been vital in organizing and managing his care. No one could be more caring and loving than Sue when it comes to her husband, daughter, mother, aunts and her extended family. At no time has Sue ever been "too busy" to care for anyone who needed assistance. Her compassion has never wavered toward her friends and family and she is invaluable as a friend and loved one.

Please take Sue's many attributes into consideration when evaluating her character. The Sue Weaver I have known for nearly 30 years is a kind, considerate and trustworthy person. There are many people who depend upon her and she has never let anyone down.

Sincerely,

*Lisa E. Larcabal*
Lisa E. Larcabal



**JOHNSON RANCH DENTAL**

D. Oliver Wong, DDS

916 ● 784 ● 1700

15 January 2018

To Whom It May Concern,

My name is David Oliver Wong. I have been a practicing Dentist since 1988. My practice has been established in Roseville CA since 1992. My family has always been involved in real estate since I was growing up.

I have known Mary Sue Weaver since the mid-90s, over 20 years now. I first met Sue at Placer Title Company. Sue had done some previous transactions with my parents, and my mother highly recommended her. Upon being introduced to her I immediately felt very comfortable and safe with her being my "go to" Escrow Officer for my future title transactions. Sue was very knowledgeable and professional and coordinated all transactions in a very timely manner. Since the transactions, I have gotten to know Sue on a more personal level. Sue in my opinion is a hardworking, trustworthy and dependable person. I consider Sue not only an acquaintance but a friend. When she asked me to write a reference, I was shocked because I could not believe Sue would be the kind of person to make an ethical mistake. I have no qualms about writing her a character reference whatsoever. If you have any further questions, please do not hesitate to call me.

Yours faithfully,

D. Oliver Wong, DDS

2320 Professional Drive   Suite 100   Roseville, California 95661