McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-cr-0087 GEB |
|---|---|
| Plaintiff, | ORDER REMOVING DOCUMENT FROM THE PUBLIC DOCKET |
| v. | |
| MARY SUE WEAVER, | |
| Defendant. | |

**ORDER**

Because Docket Item 77 was mistakenly filed and is sealed under another case number, it is hereby ordered that the Docket Item 77 shall be removed from the public docket.

Dated: June 18, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge