WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Mary Sue Weaver

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00087-GEB |
| | ) | |
| Plaintiff, | ) | **APPLICATION TO EXONERATE** |
| | ) | **BONDS; ORDER** |
| v. | ) | |
| | ) | |
| MARY SUE WEAVER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On June 22, 2018, defendant Mary Sue Weaver was sentenced to 50 months

imprisonment in the U.S. Bureau of Prisons and the case is now closed. Ms. Weaver began

serving her sentence September 20, 2018 at the U.S. Penitentiary Phoenix Satellite Camp. On

April 24, 2015, Ms. Weaver posted a $500,000.00 unsecured appearance bond, along with a

$1,500,000.00 secured appearance bond secured by a Deed of Trust. Accordingly, the surety

for the defendant's property bond is entitled to the release of the home's title, and it is

///

///

///

APPLICATION TO EXONERATE BONDS; [PROPOSED] ORDER

respectfully requested that the Court direct the Clerk of the Court to reconvey title forthwith, and that the bonds be exonerated.

DATED:  September 20, 2018                    /s/ William J. Portanova

                                                            _____
                                                            WILLIAM J. PORTANOVA
                                                            Attorney for Mary Sue Weaver

**ORDER**

GOOD CAUSE SHOWING, it is hereby ORDERED that the $500,000.00 unsecured appearance bond, along with the $1,500,000.00 property bond posted in this case be exonerated and the Clerk of the Court is directed to reconvey title to the surety.

Dated:  September 21, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE