UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-0087 MCE DB 2 |
| Respondent, | |
| v. | ORDER |
| MARY SUE WEAVER, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has requested that her motion to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255 be dismissed. Pursuant to Fed. R. Civ. P. 41(a), movant's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that movant's § 2255 motion (ECF No. 103) is dismissed without prejudice, and the Clerk of the Court is directed to close the companion civil case No. 2:19-cv-1220 GEB DB.

Dated: January 27, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/weav0087.259

1