1  JAMES J. BANKS (SBN 119525)
   jbanks@bw-firm.com
2  ROBERTA LINDSEY SCOTT (SBN 117023)
   rlscott@bw-firm.com
3  BANKS & WATSON
   901 F Street, Suite 200
4  Sacramento, CA 95814
   (916) 325-1000
5  (916) 325-1004 (facsimile)

6  Attorneys for Defendant
   MARY SUE WEAVER

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Case No.: 2:15-CR-00087-MCE-DB-2

12              Plaintiff,                **ORDER GRANTING DEFENDANT'S
                                          CLAIM OF EXEMPTION AS TO HER
13       v.                               APPAREL AND PERSONAL PROPERTY
                                          VALUED AT LESS THAN $9,540**
14 MARY SUE WEAVER,

15              Defendant and Judgment Debtor.

16

17

18       WHEREAS, on November 4, 2019, the Hon. Garland E. Burrell, Jr., Senior U.S. District Judge,

19 signed an order directing the United States District Clerk to issue a Writ of Execution, allowing the

20 United States Marshall Service to take possession of improved real property situated at 3384 Vista De

   Madera, Lincoln, California 95648 (ECF number 110);

21

22       WHEREAS, on or about November 27, 2019, Ms. Weaver filed a Notice of Exemption  and

23 claimed her wearing apparel, furniture and personal effects with a total combined value of no more than

24 $9,540 are statutorily exempt from levy pursuant to 26 USC sections 334(a)(1) and 6334(a)(2) (EFC

   number 115);

25

26       WHEREAS, on or about January 14, 2020, the United States filed a Notice of No Objection to

27 Ms. Weaver's claim of exemption as to her wearing apparel, furniture and personal effects, provided the

28 total value of said items do not exceed $9,540 (ECF number 121).

**WHEREFORE, IT IS HEREBY ORDERED:**

Pursuant to 26 USC sections 334(a)(1) and 6334(a)(2), Defendant and Judgment Debtor Mary Sue Weaver's wearing apparel, furniture and personal effects up to the total value of $9,540 are exempt from the Writ of Execution issued pursuant to this Court's Order dated November 4, 2019.

IT IS SO ORDERED.

DATED:  January 28, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE