JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
MARY SUE WEAVER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-CR-0087-MCE |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| MARY SUE WEAVER, et. al., | |
| Defendant. | |

     Defendant Mary Sue Weaver, through counsel, and the United States, through counsel, stipulate that the defendant shall have until June 3, 2020 to file a reply to the government's opposition (docket 130) to her motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A). Given that the government's response states that Ms. Weaver's request to the Bureau of Prisons is still pending and was forwarded to the Correctional Programs Division on May 7, 2020,

///

///

///

///

Ms. Weaver requests additional time for the administrative process to be completed before filing her reply brief.

Respectfully submitted,

Dated: May 13, 2020          /s/ John Balazs
                             JOHN BALAZS
                             Attorney for Defendant
                             MARY SUE WEAVER

                             McGREGOR W. SCOTT
                             U.S. Attorney
Dated: May 13, 2020

                    By:      /s/ Michael D. Anderson
                             MICHAEL D. ANDERSON
                             Assistant U.S. Attorney

**ORDER**

Defendant's reply to the government's opposition to the defendant's motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A) shall be filed by June 3, 2020.

IT IS SO ORDERED.

Dated:  May 15, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2