McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
ROBIN TUBESING
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4083
Facsimile:  (559) 497-4099
Robin.Tubesing2@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-00087-MCE-DB |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |
| v. | |
| MARY SUE WEAVER, | |
| Defendant and Judgment Debtor. | |

   Plaintiff, United States of America ("United States"), and Defendant Mary Sue Weaver ("Weaver"), stipulate to the dismissal of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure, based on the following grounds:

   1. On October 11, 2019, the United States initiated the above-captioned action.

   2. On November 20, 2020, the United States filed a notice of settlement in a concurrently filed action titled *United States v. Mary Sue Weaver and Norman P. Creighton, Individually and as Trustee and beneficiary of the Norman P. Creighton 1996 Trust*, Case No. 1:19-CR-02046-KJM-KJN.  Pursuant to that settlement, the parties agreed that the above-captioned action would be dismissed upon satisfaction of the settlement terms.

   3. The terms of the settlement have been satisfied, and the parties agree that dismissal with prejudice to refiling of the above-captioned action is appropriate.

STIPULATION AND ORDER FOR DISMISSAL      1

4. Accordingly, the United States and Weaver request that the Court sign the proposed order below dismissing the above-captioned action with prejudice to refiling and without costs to any party.

Respectfully submitted,

FOR THE UNITED STATES:

McGREGOR W. SCOTT
United States Attorney

Dated: February 4, 2021    By:   */s/ Robin Tubesing*
ROBIN TUBESING
Assistant United States Attorney

FOR DEFENDANT MARY SUE WEAVER:

BANKS & WATSON

By:   */s/ James J. Banks*
Dated:  January 27, 2021          JAMES J. BANKS
Attorney for Defendant Mary Sue Weaver

STIPULATION AND ORDER FOR DISMISSAL      2

**ORDER**

The Court, having reviewed the court files and the parties' stipulation, and good cause appearing therefrom, hereby APPROVES the stipulation.  Accordingly, IT IS ORDERED that the above-captioned action is dismissed with prejudice to re-filing and without costs to any party.

IT IS SO ORDERED.

Dated:  February 10, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE